AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Albert Davydov

*Plaintiff(s)*

v.

Board of Managers of the Forestal et al.

*Defendant(s)*

Civil Action No. 1:24-cv-04390-TAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Rykaczewski, Esq.
97-77 Queens Blvd., 9th Floor
Rego Park, NY 11374;
Karen Cigna, Esq.
26 Court St
New York, NY 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 06/28/2024

SONIA GALEANO
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-04390-TAM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________________ ; or

❐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Case 1:24-cv-04390-TAM Document 20 Filed 08/26/24 Page 4 of 5 PageID #: 196

**Rider**

**Defendants' names and addresses**

1. The Board of Managers of the Forestal
   109-33 71st Rd, Queens, NY 11375

2. The Individual Board of Managers of the Forestal
   109-33 71st Rd, Queens, NY 11375

3. JOSHUA MUSS
   11 Rutherford Lane, Lawrence,
   NY 11559

4. Midforest Partnership
   11835 Queens Blvd
   Forest Hills, NY 11375

5. Precision Asset Management
   13142 234th Street,
   Rosedale, NY 11422

6. Kelly Occipinti
   13142 234th Street,
   Rosedale, NY 11422

7. MICHAEL KOSTRON,
   109-33 71st Rd, Queens, NY 11375

8. Andrew Troia
   59 Maiden Ln floor 41, New York, NY 1003

9. THE CITY OF NEW YORK DEPARTMENT OF BUILDINGS
   280 Broadway, First Floor
   New York, NY 10007

10. THE INSURANCE COMPANY OF GREATER NEW YORK
    200 Madison Ave #3, New York, NY 10016

11. Pirozzi Management
    6750 Thornton Pl, Flushing, NY 11375

12. ALL AREA REALTY MANAGEMENT
    99 Tulip Ave. Unit 302,
    Floral Park, NY 11001

13. Michael Lago
    OneVesta Property Management
    12-48 Clintonville Street,
    Whitestone, NY 11357

14. DONBGU INSURANCE CO., LTD. (U.S. BRANCH)
    222. S. Harbor Blvd.
    Suite 720
    Anaheim, CA 92805

15. ORIENTAL BANK OF NEW YORK
    254 Av. Luis Muñoz Rivera
    San Juan, Puerto Rico 00918 USA

16. NATIONAL UNION INSURANCE COMPANY
    OF PITTSBURGH, PA
    1271 Ave of the Americas
    Floor 37
    New York, NY 10020

17. ALLIED WORLD INSURANCE COMPANY
    199 Water St,
    New York, NY 10038

18. CASTLEPOINT INSURANCE COMPANY
    120 Broadway #3001,
    New York, NY 10271

19. TOWER INSURANCE COMPANY OF NEW
    YORK, INC.
    59 Maiden Ln. Fl. 38
    New York, NY 10038-4502

20. GREATER NEW YORK MUTUAL INSURANCE
    COMPANY
    200 Madison Avenue
    New York, NY 10016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**

ALBERT DAVYDOV, individually and on behalf of others similarly situated,

**Defendant / Respondent:**

THE BOARD OF MANAGERS OF THE FORESTAL, etal

## AFFIDAVIT OF SERVICE

**Index No:**
**1:24-cv-04390-TAM**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the state of New York . That on Tue, Jul 23 2024 AT 03:20 PM AT 200 MADISON AVENUE 3rd Floor, NEW YORK, NY 10016 deponent served the within SUMMONS and COMPLAINT on Greater New York Insurance Co

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** By serving a true copy of the above upon the DEFENDANT, Greater New York Insurance Co, therein named by delivering and leaving a true copy or copies of the aforementioned documents with Christina Head, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the DEFENDANT.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to ________ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ________, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on ________.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 45 Ethnicity: Hispanic Gender: Female Weight: 170
Height: 5'10" Hair: Black Eyes: Brown Relationship:
Other

Aaron Jones
2120487-DCWP

I affirm this 23 day of JULY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.